IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

SEP - 6 2016

CLERK, U.S. DISTRICT COURT
NORFOLK VA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No.   2:16cr121 |
| v. | ) | 18 U.S.C. § 641 |
| | ) | Theft of Government Property |
| BRANDON L. MONAHAN, | ) | (Count One) |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT ONE

On April 17, 2016, at the Navy Exchange located at 1560 Mall Drive, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, BRANDON L. MONAHAN, willfully and knowingly did embezzle, steal, convert and purloin property belonging to the United States of America or a department or agency thereof, to wit: merchandise belonging to the Navy Exchange, an instrumentality of the federal government of the United States of America, in an amount greater than $1,000.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

Dana J. Boente
UNITED STATES ATTORNEY

By: *Alyssa K. Nichol*
Alyssa K. Nichol
Massachusetts Bar No. 681778
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 6000
Norfolk, VA 23510
Office Number - 757-441-3554
Email Address – Alyssa.nichol@usdoj.gov